WILLIAM R. CAMPBELL et al., Appellants, v. NASSAU COUNTY et al., Respondents.— Action in equity for a declaratory judgment, brought pursuant to section 473 of the Civil Practice Act, that an ordinance establishing the sewage disposal system in the county of Nassau is void on the ground that it was made without statutory compliance and without power and in excess of jurisdiction on the part of defendants. Before answering, defendants moved to dismiss the complaint, pursuant to rule 106, and subdivision 5 of rule 107 of the Rules of Civil Practice, (1) because the complaint does not state facts sufficient to constitute a cause of action, and (2) on the ground that there is an existing final judgment on the merits, which bars the present action. The motion was granted and plaintiffs appeal. Order granting motion to dismiss the complaint, and the judgment entered thereon, unanimously affirmed, with $10 costs and disbursements. (*Campbell* v. *Nassau County*, 273 App. Div. 785, motion for leave to appeal denied 297 N. Y. 1032.) Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [192 Misc. 821.]

COUNTY OF WESTCHESTER, Respondent, v. TOWN OF HARRISON, Appellant.— In an action by the respondent county for a judgment declaring certain airport property acquired and held by it to be held for a public use and to be exempt from taxation, and canceling and annuling certain assessments for taxation made by appellant, amended order denying appellant's motions for summary judgment and to dismiss the complaint, and granting in part respondent's motion to strike out certain allegations of appellant's answer, insofar as appealed from, affirmed, with $10 costs and disbursements to respondent. No opinion. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.